# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146538(59)(61)

_____

IN RE RAYMOND A. AND SUZANNE
ELAINE NOWAK REVOCABLE
LIVING TRUST,

_____

LORRAINE ANN READER,
          Appellee,

v

DENNIS LAFAVE and JEAN LAFAVE,
as Trustees of the RAYMOND A. AND
SUZANNE ELAINE NOWAK
REVOCABLE LIVING TRUST,
          Appellants.

_____/

SC: 146538
COA: 298212
Kent CC: 08-185901-TV

On order of the Court, the motion for reconsideration of this Court's May 28, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for sanctions and to strike is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

d0826